EDWIN M. POST and Another, Respondents, v. EDWARD R. THOMAS and Another, Respondents, Impleaded with CHARLES A. HAMILTON, Appellant. EDWIN M. POST and Another, Respondents, v. EDWARD R.

Thomas and Another, Respondents, Impleaded with Charles A. Hamilton, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

Eliphalet W. Tyler, Respondent, v. Twin City Power Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.